884

No. 72–5102. SPAULDING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5111. HARRISON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5115. RICHARDSON *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 72–5124. FOUCHEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5129. HARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5140. TRAHAN *v.* CUPP, WARDEN. Sup. Ct. Ore. Certiorari denied.

No. 72–5142. BUENO *v.* BETO, CORRECTIONS DIREC-TOR. C. A. 5th Cir. Certiorari denied.

No. 72–5153. LEAVITT *v.* HOWARD, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 72–5156. SANDERS ET AL. *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 71–1012. NEIL, WARDEN *v.* PHILLIPS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–1065. WAINWRIGHT, CORRECTIONS DIRECTOR *v.* ROSS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.